Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

Peter C. Catalanotti, SBN 230743
peter.catalanotti@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

*Attorneys for Defendant,*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>BRIGGS & RILEY TRAVELWARE, LLC, a New York limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.:   3:20-cv-03163-CRB<br><br>*Assigned to Hon. Charles R. Breyer*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Juan Alcazar ("Plaintiff"), and Defendant Briggs & Riley Travelware, LLC ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

                                                                            Respectfully Submitted,

DATED: March 23, 2022         **WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff*

DATED: March 23, 2022         **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/*
Peter C. Catalanotti
Madonna A. Herman
*Attorneys for Defendant, Tawa Supermarket, Inc.*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this report attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 23, 2022                              By: */s/ Thiago M. Coelho*
                                                                          Thiago M. Coelho

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGGS & RILEY TRAVELWARE, LLC, a New York limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-03163-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:   December 9, 2020 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED:  March 24 , 2022         By: _____/s/ CRB_____

Hon. Charles R. Breyer
United States District Court Judge

1

ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 3:20-cv-03163-CRB